[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 16-13605
Non-Argument Calendar
_____

D.C. Docket No. 5:15-cr-00052-WTH-PRL-1


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ALAN KENNETH THOMPSON, JR.,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(December 28, 2016)

Before HULL, WILSON and WILLIAM PRYOR, Circuit Judges.

PER CURIAM:

Adeel Bashir, appointed counsel for Alan Kenneth Thompson, Jr., in this

direct criminal appeal, has moved to withdraw from further representation of the

appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, Thompson's *pro se* motions are **DENIED**, and Thompson's conviction and sentence are **AFFIRMED**.